LILA GREENBERG, an Infant, by CHARLES GREENBERG, Her Guardian ad Litem, and CHARLES GREENBERG v. LOUIS COHEN.— Motion for leave to appeal to the

Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.